IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL ACTION NO. 6:06cr27 |
| SIMON RICARTE BALDERAS, JR., ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND PARTIAL ORDER OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of ancillary forfeiture proceedings, has been presented for consideration. The Report and Recommendation recommends that the Motion to Dismiss Petition of Glenda Thomas and Sally Whittenberger (document #803) and the Motion to Dismiss Petition of Juanita Gamez (document #847) be granted. No written objections have been filed to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss Petition of Glenda Thomas and Sally Whittenberger (document #803) and the Motion to Dismiss Petition of Juanita Gamez (document #847) are **GRANTED**.

So ORDERED and SIGNED this 18th day of October, 2007.

N:\Criminal\General Criminal\Balderas (forfeiture) - Order Ado

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**